

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00554-CV

Kathleen **BARRACO**,
Appellant

v.

**LEVY TOWNHOUSE OWNERS, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19385
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

Delivered and Filed:  October 14, 2015

DISMISSED FOR WANT OF PROSECUTION

On September 16, 2015, we notified Appellant that the trial court clerk filed a notification of late clerk's record stating that the clerk's record has not been filed because (1) Appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record, and (2) Appellant is not entitled to appeal without paying the fee. We ordered Appellant to provide written proof to this court on or before September 28, 2015, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) Appellant is entitled to appeal without

paying the clerk's fee.  We warned Appellant that if she failed to respond within the time provided, this appeal would be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

To date, Appellant has not filed any response with this court.  Therefore, we dismiss this appeal for want of prosecution.  *See id.* R. 37.3(b), 42.3(c).

PER CURIAM